**Law Offices of Stephen Abraham**
Stephen E. Abraham, Esq. (State Bar No. 172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorney for Defendants Andrew S. Bicos, Olga Gonzalez-Bicos, Steven Louis Corvelo, Sophia Margo Bicos

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Martin Vogel**,<br><br>*Plaintiff*,<br><br>v.<br><br>**Andrew S. Bicos**, in individual and representative capacity as trustee of the Andrew and Olga Bicos Family Trust dated 5/12/2015; **Olga Gonzalez-Bicos**, in individual and representative capacity as trustee of the Andrew and Olga Bicos Family Trust dated 5/12/2015; **Steven Louis Corvelo**, in individual and representative capacity as trustee of the S & S Bicos Revocable Trust dated 5/22/2012; **Sophia Margo Bicos**, in individual and representative capacity as trustee of the S & S Bicos Revocable Trust dated 5/22/2012; **Fresh-And-Friendly Retail Corp.**, a California Corporation; and Does 1-10,<br><br>*Defendants*. | Case No. 2:18-cv-06635-FFM<br><br>**DEFENDANTS' ANSWER TO COMPLAINT**<br><br>Hon. Virginia A. Phillips<br><br>First Street Courthouse<br>Courtroom 8A, 8th Floor<br>350 West 1st Street<br>Los Angeles, CA 90012 |

Defendants, Defendants Andrew S. Bicos, Olga Gonzalez-Bicos, Steven Louis Corvelo, Sophia Margo Bicos ("**Defendants**"), in answer to the Complaint

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

Answer    1    2:18-cv-06635-FFM
DEFENDANTS' ANSWER TO COMPLAINT

of Plaintiff Martin Vogel ("**Plaintiff**"), admit, allege, and deny as follows:

## ANSWER TO PLAINTIFF'S ALLEGATIONS RE PARTIES

1. In response to the allegations in paragraph 1 of the Complaint, Defendants allege that they are without sufficient information or belief as to the matters set forth therein, and placing their denial on that basis, deny each and every allegation set forth therein.

2. In response to the allegations in paragraphs 2 through 5 of the Complaint, Defendants admits that their respective trusts have an ownership interest in the property located at 227 S. Rosemead Blvd., Pasadena, California ("**Property**") and did so in June 2018.

3. In response to the allegations in paragraphs 6 and 7 of the Complaint, Defendants they are without sufficient information or belief as to the matters set forth therein, and placing their denial on that basis, deny each and every allegation set forth therein.

4. In response to the allegations in paragraph 8 of the Complaint, Defendants allege that they are without sufficient information or belief as to the matters set forth therein, and placing their denial on that basis, deny each and every allegation set forth therein.

## ANSWER TO PLAINTIFF'S ALLEGATIONS OF JURISDICTION AND VENUE

5. Defendants state that the allegations of paragraphs 9 through 11 of the Complaint constitute legal conclusions by Plaintiff, for which no response is required. To the extent a response is required, Defendants allege that they are without sufficient information or belief as to the matters set forth therein, and placing their denial on that basis, deny each and every allegation set forth therein.

## ANSWER TO PLAINTIFF'S FACTUAL ALLEGATIONS

6. In response to the allegations in paragraph 12 of the Complaint,

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

Defendants allege that they are without sufficient information or belief as to the matters set forth therein, and placing their denial on that basis, deny each and every allegation set forth therein.

7. In response to the allegations in paragraph 13 of the Complaint, Defendants admit that portions of the Business are open to the public.

8. Defendants state that the allegations of paragraphs 14 through 28 of the Complaint constitute legal conclusions by Plaintiff, for which no response is required. To the extent a response is required, Defendants allege that they are without sufficient information or belief as to the matters set forth therein, and placing their denial on that basis, deny each and every allegation set forth therein and specifically denies that any spaces are required.

9. In response to the allegations in paragraph 29 of the Complaint, Defendants incorporate their responses to the prior paragraphs.

10. Defendants state that the allegations of paragraphs 30 through 37 of the Complaint constitute legal conclusions by Plaintiff, for which no response is required. To the extent a response is required, Defendants allege that they are without sufficient information or belief as to the matters set forth therein, and placing their denial on that basis, deny each and every allegation set forth therein.

11. In response to the allegations in paragraph 38 of the Complaint, Defendants incorporate their responses to the prior paragraphs.

12. Defendants state that the allegations of paragraphs 39 through 41 of the Complaint constitute legal conclusions by Plaintiff, for which no response is required. To the extent a response is required, Defendants allege that they are without sufficient information or belief as to the matters set forth therein, and placing their denial on that basis, deny each and every allegation set forth therein.

**ANSWER TO PLAINTIFF' DEMAND FOR RELIEF**

13. The remaining allegations in the Complaint are merely prayers for relief requiring no response from Defendant. To the extent that any response by

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

Answer   3   2:18-cv-06635-FFM
DEFENDANTS' ANSWER TO COMPLAINT

Defendants is required, Defendants deny that Plaintiff is entitled to any remedy or relief and deny that Plaintiff has suffered any injury or damage in this matter.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
#### (Failure to State a Claim)

Defendants are informed and believe, and based thereon allege, that the Complaint, and each and every claim therein, fails to state a claim for which relief can be granted and should, therefore, be dismissed.

### SECOND AFFIRMATIVE DEFENSE
#### (Small Business)

Defendants operates a small business as that term is used in Civil Code section 55.56.

### THIRD AFFIRMATIVE DEFENSE
#### (Statute of Limitations)

Defendants are informed and believe, and based thereon allege, that Plaintiff' claims are barred to the extent that they are based on visits to the subject facilities more than two years prior to the date the Complaint was filed. Cal. Civ. Proc. §335.1.

### FOURTH AFFIRMATIVE DEFENSE
#### (Mootness)

The Complaint and each purported claim for injunctive relief alleged therein fail as against Defendants on the grounds that the conditions as to which there could be any legal obligation to make alterations do not or no longer exist and therefore the claims are moot.

### FIFTH AFFIRMATIVE DEFENSE
#### (Alterations Were Made to Ensure that the Facility Would Be Readily Accessible to the Maximum Extent Feasible)

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

Answer    4    2:18-cv-06635-FFM
DEFENDANTS' ANSWER TO COMPLAINT

Without conceding that Defendants made any "alterations" within the meaning of disability access laws, any allegedly wrongful acts or omissions performed by Defendants, if there were any, do not subject Defendants to liability because any "alterations" to the subject properties, including to the features alleged in the Complaint, were made to ensure that the facilities would be readily accessible to the maximum extent feasible. 28 C.F.R. § 36.402.

## SIXTH AFFIRMATIVE DEFENSE
### (Reliance on Issuance of Building Permits)

Defendants are informed and believe, and based thereon allege, that the Complaint and each purported claim for relief alleged therein are barred in whole or in part because local building authorities issued appropriate permits for the property at all times during which construction occurred, and Defendants had a right to rely on the issuance of the permits as establishing compliance with all applicable laws, regulations, orders, and approvals.

## SEVENTH AFFIRMATIVE DEFENSE
### (Readily Achievable)

Defendants are informed and believe, and based thereon allege, that the Complaint and each purported claim for relief alleged therein are barred in whole or in part because Defendants have made and continue to make appropriate accessibility changes at the Property to the extent that such changes are "readily achievable." To the extent that Defendants have not made changes that Plaintiff contends should have been made, those changes are not required under applicable law and are not "readily achievable."

## EIGHTH AFFIRMATIVE DEFENSE
### (Defendants Provided Services Via Alternative Methods)

Any allegedly wrongful acts or omissions performed by Defendants or their agents, if there were any, do not subject Defendants to liability because Defendants accommodated or were ready and willing to accommodate Plaintiff' alleged

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

Answer   5   2:18-cv-06635-FFM
DEFENDANTS' ANSWER TO COMPLAINT

disability by providing access via "alternative methods" other than the removal of alleged barriers, such as, by personally assisting Plaintiff overcome/deal with any of the barriers alleged in the Complaint.

## NINTH AFFIRMATIVE DEFENSE
### (Lack of Standing of Associated Persons)

Defendants are informed and believe, and based thereon allege, that Plaintiff lacks standing to assert the Complaint, and each purported claim for relief alleged therein because Plaintiff cannot show such person suffered injury in fact.

## TENTH AFFIRMATIVE DEFENSE
### (Lack of Standing for Violations Not Encountered)

Defendants are informed and believe, and based thereon allege, that Plaintiff lacks standing to assert the Complaint, and each purported claim for relief alleged therein, as to any alleged disability access violations not encountered because Plaintiff cannot show injury in fact as to such violations.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Waiver)

Defendants are informed and believe, and based thereon allege, that the Complaint and each purported claim for relief alleged therein are barred in whole or in part by the doctrine of waiver.

## TWELFTH AFFIRMATIVE DEFENSE
### (Lack of Notice)

Defendants are informed and believe, and based thereon allege, that Plaintiff is barred from bringing his Complaint against Defendants because Defendants did not have actual or constructive notice of the purported conditions causing alleged injuries, losses, damages, or violations, and thusly the risk of injury, if any, to Plaintiff was not reasonably foreseeable.

## THIRTEENTH AFFIRMATIVE DEFENSE

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

Answer   6   2:18-cv-06635-FFM
DEFENDANTS' ANSWER TO COMPLAINT

### (Performance of Duties)

Defendants are informed and believe, and based thereon allege, that the Complaint and each purported claim for relief alleged therein are barred in whole or in part because Defendants fully performed any and all statutory, and other duties owed to Plaintiff under applicable law.

### FOURTEENTH AFFIRMATIVE DEFENSE
### (No Barriers)

Defendants are informed and believe, and based thereon allege, that the Complaint and each purported claim for relief alleged therein are barred to the extent that Plaintiff did not encounter any barrier to access or usability at the property.

### FIFTEENTH AFFIRMATIVE DEFENSE
### (Reasonableness, Good Faith, and Non-Discrimination)

Defendants are informed and believe, and based thereon allege, that the Complaint and each purported claim for relief alleged therein are barred in whole or in part because Defendants acted reasonably, honestly, in good faith, and in a non-discriminatory manner at all times based on all relevant facts and circumstances known by them at the time they so acted.

### SIXTEENTH AFFIRMATIVE DEFENSE
### (No Discrimination)

Defendants are informed and believe, and based thereon allege, that the claim for relief alleged in the Complaint under California Civil Code Sections 51 et seq. is barred because Defendants' conduct is applicable alike to all persons.

### SEVENTEENTH AFFIRMATIVE DEFENSE
### (Good Faith Barrier Removal)

Defendants are informed and believe, and based thereon allege, that the Complaint and each purported claim for relief alleged therein are barred because Defendants have fulfilled her legal obligations by making and continuing to make

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

Answer   7   2:18-cv-06635-FFM
DEFENDANTS' ANSWER TO COMPLAINT

good faith efforts to engage in readily achievable barrier removal.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (No Duty)

Defendants are informed and believe, and based thereon allege, that the Complaint and each purported claim for relief alleged therein are barred because Defendants did not owe and did not breach any legally cognizable duty to Plaintiff.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Not Authorized by Unruh Act)

Plaintiff is barred from obtaining relief under California Civil Code Sections 51, et seq. because nothing therein may be construed to require any construction, alternation, repair, structural or otherwise, or modification of any sort whatsoever, to any existing establishment, facility, building, improvement, or any other property.

## TWENTIETH AFFIRMATIVE DEFENSE

### (No Damage)

Defendants are informed and believe, and based thereon allege, that Plaintiff is not entitled to any damages because Plaintiff has not suffered any cognizable damage or other harm as a result of Defendant's acts or omissions.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Adequate Legal Remedy)

Plaintiff is not entitled to any injunctive or equitable relief because Plaintiff has adequate legal remedies.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (No Irreparable Harm)

Plaintiff is not entitled to any injunctive or equitable relief because Plaintiff has not and will not suffer irreparable harm or injury.

**RIGHT TO PLEAD ADDITIONAL AFFIRMATIVE DEFENSES**

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

Answer                            8                            2:18-cv-06635-FFM
DEFENDANTS' ANSWER TO COMPLAINT

Defendants do not presently know all the facts and circumstances respecting Plaintiff's claims. Defendants reserve the right to amend this Answer should she later discover facts demonstrating the existence of additional affirmative defenses.

## PRAYER FOR RELIEF

WHEREFORE, DEFENDANTS hereby pray for the following relief:

1. That Plaintiff takes nothing by reason of the Complaint and that Judgment be rendered in favor of Defendants;

2. That Defendants be awarded her attorneys' fees and the costs of suit incurred by it in this action; and

3. For such other and further relief as the Court deems just and proper.

Dated: September 4, 2018         LAW OFFICES OF STEPHEN ABRAHAM


                                 By:  /s/ Stephen E. Abraham
                                      Stephen E. Abraham
                                      Attorney for Defendants


## JURY DEMAND

In accordance with Rule 38 of the Federal Rules of Civil Procedure, Defendants respectfully demand a jury trial of all issues triable to a jury in this action.

Dated: September 4, 2018         LAW OFFICES OF STEPHEN ABRAHAM


                                 By:  /s/ Stephen E. Abraham
                                      Stephen E. Abraham
                                      Attorney for Defendants

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

Answer                                    9                          2:18-cv-06635-FFM
DEFENDANTS' ANSWER TO COMPLAINT

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1592 Pegasus Street, Newport Beach, California 92660.

On September 4, 2018, I served the foregoing document described as: **DEFENDANTS' ANSWER TO COMPLAINT** thereon on all interested parties in this action as follows:

| | |
|---|---|
| Raymond G. Ballister<br>Phyl Grace<br>P.O. Box 262490<br>San Diego, CA 92196-2490<br>Telephone: (858) 375-7385<br>Facsimile: (888) 422-5191<br>e-Mail: phylg@potterhandy.com | Representing Plaintiff |

[x]   **e-Filing pursuant to Court order**

Executed on September 4, 2018, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                  /s/ Stephen E. Abraham
                                      Stephen E. Abraham

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

Answer

2:18-cv-06635-FFM

PROOF OF SERVICE